STATE of Missouri, Plaintiff/Respondent,

v.

Kim COOK, Defendant/Appellant.

No. 70308.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 9, 1997.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction following a jury trial of second degree arson, Section 565.050 RSMo 1994. He was sentenced to seven years imprisonment.

No jurisprudential purpose would be served by an extended opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).